273 U. S. Decisions Denying Certiorari.

No. 707. MAX SEIF, ON BEHALF OF NATHAN SEIF, HIS BROTHER *v.* JOHN D. NAGLE, COMMISSIONER OF IMMIGRATION. December 6, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. C. A. A. McGee* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 717. JESUS M. ROSSY *v.* RAFEAL DEL VALLE ZENO. December 6, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Cornelius C. Webster* for petitioner. *Messrs. Carroll G. Walter* and *William Greenough* for respondent.

No. 720. L. BILODEAU, W. R. SWORD, DAVID EVERETT, AND BERNARD FRANK *v.* UNITED STATES. December 6, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert B. McMillan* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 721. SOUTH BEND BAIT COMPANY *v.* JAMES HEDDONS' SONS, INC., AND HENRY S. DILLS. December 6, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frederick D. McKenney* for petitioner. *Mr. Samuel W. Banning* for respondents.

No. 724. HARRY F. SINCLAIR AND ALBERT B. FALL *v.* UNITED STATES. December 6, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of

42847°—27——47